# IN THE SUPREME COURT OF THE STATE OF NEVADA

CYNOSURE, INC., A DELAWARE
CORPORATION,

        Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
TIMOTHY C. WILLIAMS, DISTRICT
JUDGE,

        Respondents,
        and

LAKIHA TYSON, A NEVADA
RESIDENT,

        Real Party in Interest.

No. 77475

FILED

APR 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Timothy C. Williams, District Judge
Arnold & Porter Kaye Scholer LLP
Garman Turner Gordon
Carroll, Kelly, Trotter, Franzen, McBride & Peabody/Las Vegas
Brenske & Andreevski
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

19-15149